1  JACOB J. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  bundickj@gtlaw.com
   WHITNEY L. WELCH-KIRMSE, ESQ.
3  Nevada Bar No. 12129
   welchkirmsew@gtlaw.com
4  **GREENBERG TRAURIG, LLP**
   10845 Griffith Peak Dr., Suite 600
5  Las Vegas, Nevada  89135
   Telephone:   (702) 792-3773
6  Fax:         (702) 792-9002

7  Attorneys for Defendant
   *Specialized Loan Servicing, LLC*
8

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| KRISTINE C. THOMPSON, | Case No. 2:20-cv-01290-RFB-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO FILE AND SERVE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| SPECIALIZED LOAN SERVICING, LLC, TRAN UNION LLC AND EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto, through their respective counsel of record, to extend the deadline until August 17, 2020 for Defendant Specialized Loan Servicing, LLC ("SLC") to file and serve an answer or otherwise respond to Plaintiff Kristine C. Thompson's ("Plaintiff") Complaint.

The parties represent this stipulation is made in good faith and not for the purposes of delay. This is the first request for an extension of the response deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 51728200v1 153244.012600

Accordingly, the parties respectfully request the Court to order such deadline to answer or otherwise respond to Plaintiff's Complaint be extended to August 17, 2020.

DATED this 31st day of July, 2020.  DATED this 31st day of July, 2020

**GREENBERG TRAURIG, LLP**  **KIND LAW**

 /s/Jacob D. Bundick  /s/Michael Kind
JACOB J. BUNDICK, ESQ.  MICHAEL KIND, ESQ.
Nevada Bar No. 9772  Nevada Bar No. 13903
WHITNEY L. WELCH-KIRMSE, ESQ.  8860 South Maryland Pkwy, Suite 106
Nevada Bar No. 12129  Las Vegas, Nevada 89123
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada  89135  George Haines, Esq.
  FREEDOM LAW FIRM
*Attorneys for Defendant*  8985 South Eastern Avenue, Suite 350
*Specialized Loan Servicing LLC*  Henderson, Nevada 89123

  *Attorneys for Plaintiff*

## ORDER

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the stipulation and order to extend the deadline until August 17, 2020, for Defendant Specialized Loan Servicing LLC to answer or otherwise respond to Plaintiff's Complaint, is hereby **GRANTED**.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 3, 2020